**Raquel VIDUARRI, Plaintiff–Appellant,**

**v.**

**HOME DEPOT; Citibank (South Dakota), Defendants–Appellees.**

**No. 14–41398**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 14, 2015.

Derly Joel Uribe, Law Offices of Francisco J. Saldana, Jr., Laredo, TX, for Plaintiff-Appellant.

Arthur Kittredge Smith, Esq., Law Offices of Arthur K. Smith, Allen, TX, Michael Doyle Conner, Hirsch & Westheimer, P.C., Houston, TX, for Defendant-Appellee.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Raquel Viduarri appeals a judgment that her action against Home Depot and Citibank (South Dakota), alleging deceptive trade practices and fraud regarding a purchase of shingles, is barred by limitations. Viduarri relies on the "discovery rule" to avoid application of limitations.

---

In a precise Memorandum & Order, the district court carefully explained that Viduarri reasonably could have discovered the factual basis for an alleged cause of action and that Viduarri did not present a genuine dispute of material fact. The summary judgment is AFFIRMED, essentially on the basis set forth by the district court.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.